# Third District Court of Appeal

## State of Florida

Opinion filed March 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1424
Lower Tribunal No. F00-33906B

_____

**Willie James Johnson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Willie James Johnson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and FERNANDEZ and MILLER, JJ.

PER CURIAM.

Affirmed.  See Johnson v. State, 228 So. 3d 566 (Fla. 3d DCA 2017) (table).